## KAPP *et al.* v. CROAN.

No. 6493.   Opinion Filed February 1, 1916.

(154 Pac. 1133.)

**APPEAL AND ERROR**—Failure to File Brief—Dismissal. Same as **Cobe v. Bank,** 44 Okla. 677, 146 Pac. 19.

(Syllabus by Hooker, C.)

*Error from District Court, Grady County;*

*Frank M. Bailey, Judge.*

Action between H. Kapp and others and R. B. Croan. From the judgment, the parties first mentioned bring error. Dismissed.

*Bond & Melton,* for plaintiffs in error.

*R. E. Bolling* and *C. L. McArthur,* for defendant in error.

Opinion by HOOKER, C. The petition in error with case-made attached was filed in this court on June 6, 1914. · No briefs have been filed by the plaintiffs in error. Therefore, under the established rule of this court, the appeal will be dismissed for failure on the part of the plaintiffs in error to file brief.

By the Court: It is so ordered.